# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Chris D. Billings
Breazeale, Sachse & Wilson
P. O. Box 3197
Baton Rouge LA 70821-3197

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on May 3, 2023 |

## REHEARING ACTION: May 3, 2023

**Docket Number: CA 21-757  consolidated with  CW 21-369**

**DENNIS GIBSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**
**VERSUS**
**NATIONAL HEALTHCARE OF LEESVILLE,INC. D/B/A BYRD REGIONAL HOSPITAL**

**Appealed from Vernon Parish Case No. 93,228 B**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. Candyce G. Perret**
**Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **National Healthcare of Leesville, Inc.** has this day been

**DENIED.**

cc: J. Lee Hoffoss, Jr., Counsel for the Appellee
    Derrick G. Earles, Counsel for the Appellee
    Edwin Dunahoe, Counsel for the Appellee
    Scott R. Bickford, Counsel for the Appellee